## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70245-JAD |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 22** |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | **Hearing Date & Time: May 15, 2018** |
| **Movants** | : | **11:00 AM** |
| **vs.** | : | |
| | : | |
| **Affirm, Inc.,** | : | |
| **Apex Bank f/k/a Bank of Camden,** | : | |
| **Applied Bank,** | : | |
| **Associated Credit Services, Inc.,** | : | |
| **Cambria Thrift Consumer Discount,** | : | |
| **Capital One Bank, N.A.,** | : | |
| **Citi Cards,** | : | |
| **Comcast,** | : | |
| **Comenity Bank/Kingsi,** | : | |
| **Comenity Bank/Womwt,** | : | |
| **Credit Management Company,** | : | |
| **Dr. Leonard's Shop Now Pay Plan,** | : | |
| **Eastern Revenue,** | : | |
| **Encore Payment Systems,** | : | |
| **Enhanced Recovery Co., LLC,** | : | |
| **Fingerhut,** | : | |
| **First Data,** | : | |
| **First National Credit Card/Legacy,** | : | |
| **First Savings Credit Card,** | : | |
| **Gettington Customer Service,** | : | |
| **Holiday Financial Service,** | : | |
| **Internal Revenue Service,** | : | |
| **James R. Moore, D.D.S.,** | : | |
| **Lowry Radiology Associates, Inc.,** | : | |
| **Merrick Bank,** | : | |
| **Penelec,** | : | |
| **PA Department of Revenue,** | : | |
| **Remit Corporation,** | : | |
| **Toyota Motor Credit,** | : | |
| **Windber Area Authority,** | : | |
| **Windber Medical Center,** | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Chapter 13 Trustee)** | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION TO EXTEND
AUTOMATIC STAY BEYOND THIRTY DAYS</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, no objection or other responsive pleading to the Debtors' Motion to Extend Automatic Stay beyond Thirty Days filed on April 19, 2018, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtors' Motion to Extend Automatic Stay beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections to the Debtors' Motion to Extend Automatic Stay beyond Thirty Days were to be filed and served no later than May 8, 2018.

It is hereby respectfully requested that the Order attached to the Debtors' Motion to Extend Automatic Stay beyond Thirty Days be entered by the Court.

Dated: <u>May 9, 2018</u>                          <u>/s/ Kenneth P. Seitz, Esquire</u>
                                        Kenneth P. Seitz, Esquire
                                        PA I.D. #81666
                                        The Law Offices of Kenny P. Seitz
                                        P.O. Box 211
                                        Ligonier, PA 15658
                                        (814) 536-7470