IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70245-JAD |
| Brian K. Grumbling and Patricia Grumbling, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | (Prior Bankruptcy Case Filed at |
| Brian K. Grumbling and Patricia Grumbling, | : | Docket No. 14-70684-JAD Dismissed |
| Movants | : | March 29, 2018) |
| vs. | : | Related To Doc. No. 17 |
| | : | |
| Affirm, Inc., | : | |
| Apex Bank f/k/a Bank of Camden, | : | **DEFAULT O/E JAD** |
| Applied Bank, | : | |
| Associated Credit Services, Inc., | : | |
| Cambria Thrift Consumer Discount, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Comcast, | : | |
| Comenity Bank/Kingsi, | : | |
| Comenity Bank/Womwt, | : | |
| Credit Management Company, | : | |
| Dr. Leonard's Shop Now Pay Plan, | : | |
| Eastern Revenue, | : | |
| Encore Payment Systems, | : | |
| Enhanced Recovery Co., LLC, | : | |
| Fingerhut, | : | |
| First Data, | : | |
| First National Credit Card/Legacy, | : | |
| First Savings Credit Card, | : | |
| Gettington Customer Service, | : | |
| Holiday Financial Service, | : | |
| Internal Revenue Service, | : | |
| James R. Moore, D.D.S., | : | |
| Lowry Radiology Associates, Inc., | : | |
| Merrick Bank, | : | |
| Penelec, | : | |
| PA Department of Revenue, | : | |
| Remit Corporation, | : | |
| Toyota Motor Credit, | : | |
| Windber Area Authority, | : | |
| Windber Medical Center, | : | |
| Ronda J. Winnecour, Esquire (Chapter 13 Trustee) | : | |

**ORDER**

AND NOW, on this 11th day of May, 2018, upon consideration of the within Motion, it is hereby

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362(a) is hereby

extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

Jeffery A. Deller          mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
5/11/18 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70245-JAD
Brian K. Grumbling                                                        Chapter 13
Patricia Grumbling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: gamr               Page 1 of 2              Date Rcvd: May 11, 2018
                              Form ID: pdf900          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
```
db/jdb          +Brian K. Grumbling,    Patricia Grumbling,    300 11th Street,    Windber, PA 15963-1559
14804374        +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14804375        +Apex Bank f/k/a Bank of Camden,    435 Montbrook Lane,    Knoxville, TN 37919-2704
14804377        +Associated Credit Services, Inc.,    P.O. Box 5171,    Westborough, MA 01581-5171
14804378         Bob Burnworth,    Windber, PA 15963
14804379        +Cambria Thrift Consumer Discount Co.,    112 Market Street,    Johnstown, PA 15901-1609
14804380        +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                  Salt Lake City, UT 84130-0258
14804381        +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14804382        +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14804383        +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14804384        +Comenity Bank/kingsi,    Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
14804385        +Comenity Bank/womnwt,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14804388        +Dr. Leonard's Shop Now Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
14804389        +Eastern Revenue,    P.O. Box 185,    Southeastern, PA 19399-0185
14804390        +Encore Payment Systems,    3801 Arapaho Road,    Addison, TX 75001-4314
14804394        +First Data,    5565 Glenridge Connector Ne,    Ste 2000,    Atlanta, GA 30342-4799
14804393        +First Data,    1 Western Maryland Parkway,    Hagerstown, MD 21740-5146
14804395        +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                  Sioux Falls, SD 57117-5097
14804396        +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14804398        +Holiday Financial Serv,    1451 Scalp Ave Ste 1,    Johnstown, PA 15904-3334
14804400        +James R. Moore, D.D.S,    J. Craig Moore, D.M.D., P.C.,    111 Industrial Park Road,
                  Johnstown, PA 15904-1940
14804403        +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14804405       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                  Parsippany, NJ 07054)
14818614        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14804406        +Windber Area Authority,    1700 Stockholm Avenue,    Windber, PA 15963-2061
14804407        +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14804376        +E-mail/Text: bnc-applied@quantum3group.com May 12 2018 01:38:57     Applied Bank,
                  P.O. Box 17120,    Wilmington, DE 19886-7120
14820199        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 12 2018 01:39:19     COMMONWEALTH OF PA  UCTS,
                  DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                  HARRISBURG, PA 17121-0751
14804386        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 01:38:25     Commonwealth of Pennsylvania,
                  Department of Revenue,    Strawberry Square,    Fourth & Walnut Streets,
                  Harrisburg, PA 17128-0001
14804387        +E-mail/Text: abovay@creditmanagementcompany.com May 12 2018 01:38:58
                  Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Rd,
                  Pittsburgh, PA 15205-3956
14804391        +E-mail/Text: bknotice@ercbpo.com May 12 2018 01:38:43     Enhanced Recovery Co., LLC,
                  8014 Bayberry Road,    Jacksonville, FL 32256-7412
14804392        +E-mail/Text: bnc-bluestem@quantum3group.com May 12 2018 01:39:03     Fingerhut,    P.O. Box 1250,
                  Saint Cloud, MN 56395-1250
14804397        +E-mail/Text: bnc-bluestem@quantum3group.com May 12 2018 01:39:03
                  Gettington Customer Service,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14804399         E-mail/Text: cio.bncmail@irs.gov May 12 2018 01:38:05     Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14804401        +E-mail/Text: pschmadel@soundimaginggroup.com May 12 2018 01:39:18
                  Lowry Radiology Associates, Inc.,    1113 Lowry Avenue, Suite 2,    Jeannette, PA 15644-3072
14804402         E-mail/Text: bkr@cardworks.com May 12 2018 01:37:50     Merrick Bank,    P.O. Box 5721,
                  Hicksville, NY 11802
14804865        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2018 01:39:57
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14805576         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 01:38:25
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
14804404         E-mail/Text: bankruptcy@remitcorp.com May 12 2018 01:38:36     Remit Corporation,    P.O. Box 7,
                  Bloomsburg, PA 17815
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Toyota Motor Credit Corporation
```

```
District/off: 0315-7           User: gamr              Page 2 of 2              Date Rcvd: May 11, 2018
                               Form ID: pdf900         Total Noticed: 39

cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14818616*    +Toyota Motor Credit Corporation,    PO Box 9013,     Addison, Texas 75001-9013
                                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
             CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us
             James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
             Kenneth P. Seitz    on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com
             Kenneth P. Seitz    on behalf of Joint Debtor Patricia  Grumbling thedebterasers@aol.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6
```