IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRIAN K. GRUMBLING | : | |
|     & | : | |
| PATRICIA GRUMBLING, | : | |
| | : | DOCKET NO.: 18-70245-JAD |
|         DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|         MOVANT | : | HEARING DATE & TIME: |
| | : | MAY 18, 2018, at 1:00 P.M. |
| v. | : | |
| | : | |
| BRIAN K. GRUMBLING | : | |
|     & | : | |
| PATRICIA GRUMBLING, | : | |
| | : | RELATED TO DOCKET NO.: 27 |
|         RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTORS' CHAPTER 13 PLAN

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on May 18, 2018, by:

**18-70245-JAD Notice will be electronically mailed to:**

CSU-OUCTS, PA Labor & Industry at ra-li-ucts-bankpitts@state.pa.us

United States Trustee at USTPRegion03.pi.ecf@usdoj.gov

Kenneth P. Seitz at thedebterasers@aol.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

James Warmbrodt at bkgroup@kmllawgroup.com

Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**18-70245-JAD Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  May 18, 2018

                                                      Respectfully submitted by,

                              By:    /s/ Joseph J. Swartz
                                      Counsel
                                      PA Department of Revenue
                                      Office of Chief Counsel
                                      P.O. Box 281061
                                      Harrisburg, PA 17128-1061
                                      PA Attorney I.D.:  309233
                                      Phone: (717) 346-4645
                                      Facsimile: (717) 772-1459
                                      JoseSwartz@pa.gov