Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian K. Grumbling
Patricia Grumbling
aka Patty Grumbling, fdba Grumbling's Detailing Shop**
    Debtor(s)

Bankruptcy Case No.: 18–70245–JAD
Issued Per May 18, 2018 Proceeding
Chapter: 13
Docket No.: 31 – 2
Concil. Conf.: October 11, 2018 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 3, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 11, 2018 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. at Claim No. 2 .

☒ H.    Additional Terms: Only counsel for a Johnstown Debtor(s) in the Johnstown area may participate in plan conciliation conferences by telephone. Counsel for the Debtor outside of the Johnstown area may appear telephonically, ONLY IF Counsel for the Debtor is responsible for originating the telephone call to the Chapter 13 Trustee's meeting room, by calling, 412–258–3557 at the time designated for the conciliation conference. If applicable as stated above, any party filing an objection to the plan must make arrangements with counsel for the Debtor to be included in the call, utilizing a third–party conference call service if necessary. The

call shall not be placed to the Trustee's meeting room until AFTER all parties have been connected to the call. Only the parties who file and serve timely objections will be included in the telephonic hearing.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 24, 2018

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 18-70245-JAD
Brian K. Grumbling                                                Chapter 13
Patricia Grumbling
      Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel              Page 1 of 2               Date Rcvd: May 24, 2018
                              Form ID: 149            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db/jdb         +Brian K. Grumbling,    Patricia Grumbling,    300 11th Street,    Windber, PA 15963-1559
14804374       +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14804375       +Apex Bank f/k/a Bank of Camden,     435 Montbrook Lane,    Knoxville, TN 37919-2704
14804377       +Associated Credit Services, Inc.,     P.O. Box 5171,    Westborough, MA 01581-5171
14804378        Bob Burnworth,    Windber, PA 15963
14804379       +Cambria Thrift Consumer Discount Co.,     112 Market Street,    Johnstown, PA 15901-1609
14804380       +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,     Po Box 30258,
                 Salt Lake City, UT 84130-0258
14804381       +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14804382       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14804383       +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14804384       +Comenity Bank/kingsi,    Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
14804385       +Comenity Bank/womnwt,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14804388       +Dr. Leonard's Shop Now Pay Plan,     P.O. Box 2852,    Monroe, WI 53566-8052
14804389      #+Eastern Revenue,    P.O. Box 185,    Southeastern, PA 19399-0185
14804390       +Encore Payment Systems,    3801 Arapaho Road,    Addison, TX 75001-4314
14804394       +First Data,    5565 Glenridge Connector Ne,    Ste 2000,    Atlanta, GA 30342-4799
14804393       +First Data,    1 Western Maryland Parkway,    Hagerstown, MD 21740-5146
14804395       +First National Credit Card/Legacy,     First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
14804396       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14804398       +Holiday Financial Serv,    1451 Scalp Ave Ste 1,    Johnstown, PA 15904-3334
14804400       +James R. Moore, D.D.S,    J. Craig Moore, D.M.D., P.C.,     111 Industrial Park Road,
                 Johnstown, PA 15904-1940
14804403       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14804405      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,     4 Gatehall Drive,    Suite 350,
                 Parsippany, NJ 07054)
14818614       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14804406       +Windber Area Authority,    1700 Stockholm Avenue,    Windber, PA 15963-2061
14804407       +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14804376       +E-mail/Text: bnc-applied@quantum3group.com May 25 2018 01:43:31      Applied Bank,
                 P.O. Box 17120,    Wilmington, DE 19886-7120
14820199       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 25 2018 01:44:00      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14804381       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 01:49:45
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14804386       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:43:01      Commonwealth of Pennsylvania,
                 Department of Revenue,    Strawberry Square,    Fourth & Walnut Streets,
                 Harrisburg, PA 17128-0001
14804387       +E-mail/Text: abovay@creditmanagementcompany.com May 25 2018 01:43:32
                 Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Rd,
                 Pittsburgh, PA 15205-3956
14804391       +E-mail/Text: bknotice@ercbpo.com May 25 2018 01:43:16      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14804392       +E-mail/Text: bnc-bluestem@quantum3group.com May 25 2018 01:43:38      Fingerhut,    P.O. Box 1250,
                 Saint Cloud, MN 56395-1250
14804397       +E-mail/Text: bnc-bluestem@quantum3group.com May 25 2018 01:43:38
                 Gettington Customer Service,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14804399        E-mail/Text: cio.bncmail@irs.gov May 25 2018 01:42:46      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14804401       +E-mail/Text: pschmadel@soundimaginggroup.com May 25 2018 01:43:59
                 Lowry Radiology Associates, Inc.,    1113 Lowry Avenue, Suite 2,    Jeannette, PA 15644-3072
14804402        E-mail/Text: bkr@cardworks.com May 25 2018 01:42:30      Merrick Bank,    P.O. Box 5721,
                 Hicksville, NY 11802
14833862        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:07:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14804865       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 01:49:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14805576        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:43:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14804404        E-mail/Text: bankruptcy@remitcorp.com May 25 2018 01:43:11      Remit Corporation,    P.O. Box 7,
                 Bloomsburg, PA 17815
                                                                                              TOTAL: 15
```

```
District/off: 0315-7          User: jhel            Page 2 of 2              Date Rcvd: May 24, 2018
                              Form ID: 149          Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PA Dept of Revenue
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14818616*      +Toyota Motor Credit Corporation,   PO Box 9013,    Addison, Texas 75001-9013
                                                                             TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph Jasper Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth P. Seitz    on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Patricia  Grumbling thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7
```