**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70245-JAD |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | Chapter 13 |
| Debtors | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED MARCH 28, 2019**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of April, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated March 28, 2019, along with a copy of the Order dated March 29, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>April 1, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Assistant
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 18-70245-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Thu Apr 19 14:50:38 EDT 2018

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Affirm Inc
Affirm Incorporated
Po Box 720
San Francisco, CA 94104-0720

Apex Bank f/k/a Bank of Camden
435 Montbrook Lane
Knoxville, TN 37919-2704

Applied Bank
P.O. Box 17120
Wilmington, DE 19886-7120

Associated Credit Services, Inc.
P.O. Box 5171
Westborough, MA 01581-5171

Bob Burnworth
Windber, PA 15963

Cambria Thrift Consumer Discount Co.
112 Market Street
Johnstown, PA 15901-1609

Cap1/dbarn
Capital One Retail Srvs/Attn: Bankruptcy
Po Box 30258
Salt Lake City, UT 84130-0258

Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Comenity Bank/kingsi
Attn: Bankruptcy
Po Box 182273
Columbus, OH 43218-2273

Comenity Bank/womnwt
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Commonwealth of Pennsylvania
Department of Revenue
Strawberry Square
Fourth & Walnut Streets
Harrisburg, PA 17128-0001

Credit Management Company
Attn: Bankruptcy
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

Dr. Leonard's Shop Now Pay Plan
P.O. Box 2852
Monroe, WI 53566-8052

Eastern Revenue
P.O. Box 185
Southeastern, PA 19399-0185

Encore Payment Systems
3801 Arapaho Road
Addison, TX 75001-4314

Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Fingerhut
P.O. Box 1250
Saint Cloud, MN 56395-1250

First Data
1 Western Maryland Parkway
Hagerstown, MD 21740-5146

First Data
5565 Glenridge Connector Ne
Ste 2000
Atlanta, GA 30342-4799

First National Credit Card/Legacy
First National Credit Card
Po Box 5097
Sioux Falls, SD 57117-5097

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117-5019

Gettington Customer Service
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Holiday Financial Serv
1451 Scalp Ave Ste 1
Johnstown, PA 15904-3334

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| James R. Moore, D.D.S<br>J. Craig Moore, D.M.D., P.C.<br>111 Industrial Park Road<br>Johnstown, PA 15904-1940 | Lowry Radiology Associates, Inc.<br>1113 Lowry Avenue, Suite 2<br>Jeannette, PA 15644-3072 | Merrick Bank<br>P.O. Box 5721<br>Hicksville, NY 11802 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |
| (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Windber Area Authority<br>1700 Stockholm Avenue<br>Windber, PA 15963-2061 |
| Windber Medical Center<br>ATTN: Cashier<br>600 Somerset Avenue<br>Windber, PA 15963-1397 | Brian K. Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Patricia Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815 | Toyota Motor Credit<br>4 Gatehall Drive<br>Suite 350<br>Parsippany, NJ 07054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                  44 |