Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian K. Grumbling**
**Patricia Grumbling**
**aka Patty Grumbling, fdba Grumbling's Detailing Shop**
  Debtor(s)

Bankruptcy Case No.: 18−70245−JAD
Doc. No. 56
Chapter: 13
Docket No.: 57 − 56
Concil. Conf.: January 16, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 1, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 17, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-70245-JAD
Brian K. Grumbling                                                    Chapter 13
Patricia Grumbling
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 410            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db/jdb        +Brian K. Grumbling,    Patricia Grumbling,    300 11th Street,    Windber, PA 15963-1559
cr            +Apex Bank f/k/a Bank of Camden,    430 Montbrook Lane, Suite 208,    Knoxville, TN 37919-2705
14804375      +Apex Bank f/k/a Bank of Camden,    435 Montbrook Lane,    Knoxville, TN 37919-2704
14804377      +Associated Credit Services, Inc.,    P.O. Box 5171,    Westborough, MA 01581-5171
14804378       Bob Burnworth,    Windber, PA 15963
14804379      +Cambria Thrift Consumer Discount Co.,    112 Market Street,    Johnstown, PA 15901-1609
14804380      +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                Salt Lake City, UT 84130-0258
14861631      +Chan Soon-Shiong Medical Ctr @ Windber,    600 Somerset Ave.,    Windber, PA 15963-1331
14804382      +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14804390      +Encore Payment Systems,    3801 Arapaho Road,    Addison, TX 75001-4314
14804394      +First Data,    5565 Glenridge Connector Ne,    Ste 2000,    Atlanta, GA 30342-4799
14804393      +First Data,    1 Western Maryland Parkway,    Hagerstown, MD 21740-5146
14804395      +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                Sioux Falls, SD 57117-5097
14804396      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
14866202      +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,
                Holmdel, NJ 07733-1976
14804398      +Holiday Financial Serv,    1451 Scalp Ave Ste 1,    Johnstown, PA 15904-3334
14804400      +James R. Moore, D.D.S,    J. Craig Moore, D.M.D., P.C.,    111 Industrial Park Road,
                Johnstown, PA 15904-1940
14804403      +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14804404     ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,     P.O. Box 7,    Bloomsburg, PA 17815)
14804405     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                Parsippany, NJ 07054)
14818614      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14804406      +Windber Area Authority,    1700 Stockholm Avenue,    Windber, PA 15963-2061
14804407      +Windber Medical Center,    ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14804374      +E-mail/Text: backoffice@affirm.com Sep 18 2019 03:33:21      Affirm Inc,   Affirm Incorporated,
                Po Box 720,    San Francisco, CA 94104-0720
14804376      +E-mail/Text: bnc-applied@quantum3group.com Sep 18 2019 03:32:37      Applied Bank,
                P.O. Box 17120,    Wilmington, DE 19886-7120
14820199      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 18 2019 03:33:18      COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
14804381      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:41:43
                Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14804383      +E-mail/Text: documentfiling@lciinc.com Sep 18 2019 03:30:46      Comcast,   P.O. Box 3002,
                Southeastern, PA 19398-3002
14804384      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:31:16      Comenity Bank/kingsi,
                Attn: Bankruptcy,    Po Box 182273,    Columbus, OH 43218-2273
14804385      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:31:17      Comenity Bank/womnwt,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14804386      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:31:40      Commonwealth of Pennsylvania,
                Department of Revenue,    Strawberry Square,    Fourth & Walnut Streets,
                Harrisburg, PA 17128-0001
14804387      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 18 2019 03:32:39
                Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Rd,
                Pittsburgh, PA 15205-3956
14804388      +E-mail/Text: bankruptcy@sccompanies.com Sep 18 2019 03:30:36
                Dr. Leonard's Shop Now Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
14804391      +E-mail/Text: bknotice@ercbpo.com Sep 18 2019 03:32:15      Enhanced Recovery Co., LLC,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
14804392      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2019 03:32:49      Fingerhut,   P.O. Box 1250,
                Saint Cloud, MN 56395-1250
14804397      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2019 03:32:49
                Gettington Customer Service,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14804399       E-mail/Text: cio.bncmail@irs.gov Sep 18 2019 03:31:05      Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14804401      +E-mail/Text: pschmadel@soundimaginggroup.com Sep 18 2019 03:33:17
                Lowry Radiology Associates, Inc.,    1113 Lowry Avenue, Suite 2,    Jeannette, PA 15644-3072
14862845       E-mail/Text: bkr@cardworks.com Sep 18 2019 03:30:36      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14804402       E-mail/Text: bkr@cardworks.com Sep 18 2019 03:30:36      Merrick Bank,   P.O. Box 5721,
                Hicksville, NY 11802
14833862       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:58:14
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14804865      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:42:50
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-7          User: msch              Page 2 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 410            Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14805576          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:31:40
                   Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                   Harrisburg PA 17128-0946
14859119          E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:31:25
                   Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14857904          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:42:25          Verizon,
                   by American InfoSource LP as agent,   PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                                TOTAL: 22

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PA Dept of Revenue
cr               Toyota Motor Credit Corporation
cr*              +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14861008*        +Cambria Thrift Consumer Discount Company,   112 Market Street,   Johnstown, PA 15901-1609
14818616*        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14804389        ##+Eastern Revenue,   P.O. Box 185,   Southeastern, PA 19399-0185
                                                                                  TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Joseph Jasper Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth P. Seitz    on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Patricia  Grumbling thedebterasers@aol.com
              Kristen Wetzel Ladd    on behalf of Creditor   Apex Bank f/k/a Bank of Camden kladd@utbf.com,
               mfraney@utbf.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```