**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **BRIAN K. GRUMBLING and PATRICIA GRUMBLING, a/k/a** : | | Bankruptcy No. 18-70245-JAD |
| Debtors. : | | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, : | | |
| Movant, : | | |
| v. : | | ECF No. 59 |
| BRIAN K. GRUMBLING and PATRICIA GRUMBLING, : | | Related To ECF No. 56 |
| Respondents. : | | |

**ORDER**

**AND NOW**, this **25th** day of **September**, 2019, **IT APPEARING TO THE COURT** that the Movant has filed a **Trustee's Withdrawal of Certificate** at **ECF No. 59** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **ECF No. 56 IS DISMISSED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **ECF No. 56 – Certificate of Default Requesting Dismissal Of Case** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Thursday, January 16, 2020**, at **9:00 AM** in Room 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, **IS HEREBY CANCELLED**.

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

FILED
9/25/19 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA