**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70245-JAD |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | Chapter 13 |
| Debtors | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED DECEMBER 23, 2020**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 29th day of December, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated December 23, 2020, along with a copy of the Order dated December 23, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: December 29, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Assistant
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

---

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 18-70245-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Apr 19 14:50:38 EDT 2018 | CSU - OUCTS, PA Labor & Industry<br>PA Department of Labor and Industry<br>Office of Unemployment Compensation<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121-0751 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Affirm Inc<br>Affirm Incorporated<br>Po Box 720<br>San Francisco, CA 94104-0720 | Apex Bank f/k/a Bank of Camden<br>435 Montbrook Lane<br>Knoxville, TN 37919-2704 |
| Applied Bank<br>P.O. Box 17120<br>Wilmington, DE 19886-7120 | Associated Credit Services, Inc.<br>P.O. Box 5171<br>Westborough, MA 01581-5171 | Bob Burnworth<br>Windber, PA 15963 |
| Cambria Thrift Consumer Discount Co.<br>112 Market Street<br>Johnstown, PA 15901-1609 | Cap1/dbarn<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 | Comenity Bank/kingsi<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 |
| Comenity Bank/womnwt<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Commonwealth of Pennsylvania<br>Department of Revenue<br>Strawberry Square<br>Fourth & Walnut Streets<br>Harrisburg, PA 17128-0001 | Credit Management Company<br>Attn: Bankruptcy<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 |
| Dr. Leonard's Shop Now Pay Plan<br>P.O. Box 2852<br>Monroe, WI 53566-8052 | Eastern Revenue<br>P.O. Box 185<br>Southeastern, PA 19399-0185 | Encore Payment Systems<br>3801 Arapaho Road<br>Addison, TX 75001-4314 |
| Enhanced Recovery Co., LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Fingerhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 | First Data<br>1 Western Maryland Parkway<br>Hagerstown, MD 21740-5146 |
| First Data<br>5565 Glenridge Connector Ne<br>Ste 2000<br>Atlanta, GA 30342-4799 | First National Credit Card/Legacy<br>First National Credit Card<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 | First Savings Credit Card<br>Po Box 5019<br>Sioux Falls, SD 57117-5019 |
| Gettington Customer Service<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Holiday Financial Serv<br>1451 Scalp Ave Ste 1<br>Johnstown, PA 15904-3334 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| James R. Moore, D.D.S<br>J. Craig Moore, D.M.D., P.C.<br>111 Industrial Park Road<br>Johnstown, PA 15904-1940 | Lowry Radiology Associates, Inc.<br>1113 Lowry Avenue, Suite 2<br>Jeannette, PA 15644-3072 | Merrick Bank<br>P.O. Box 5721<br>Hicksville, NY 11802 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |
| (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Windber Area Authority<br>1700 Stockholm Avenue<br>Windber, PA 15963-2061 |
| Windber Medical Center<br>ATTN: Cashier<br>600 Somerset Avenue<br>Windber, PA 15963-1397 | Brian K. Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Patricia Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815 | Toyota Motor Credit<br>4 Gatehall Drive<br>Suite 350<br>Parsippany, NJ 07054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     1<br>Total                  44 |