**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** ) | | |
|    Brian K. Grumbling and ) | Case No. 18-70245-JAD | |
|    Patricia Grumbling, ) | | |
|                 **Debtors** ) | Chapter 13 | |
| ) | Related to ECF. No. 64, 77 | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
  as to creditor _____

- ☒ Other: Notice of Mortgage Payment Change filed December 13, 2021

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Chapter 13 Plan dated
- ☒ Amended Chapter 13 Plan dated December 23, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor's Plan payments shall be changed from $ 1,100.00 to $1,288.00, effective January 2022; and/or the Plan term shall remain at 84 months per Order of Court Confirming Plan on Final Basis dated February 5, 2021.

-1-

  ☐  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

  ☐  Debtor(s) shall file and serve _____ on or before _____.

  ☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

  ☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

  ☒  Other: <u>The Notice of Mortgage Payment Change dated December 13, 2021 is resolved per this Order. In addition, except with respect to the increased payment and implementation of the mortgage payment change, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc 77 is incorporated herein.</u>

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

-2-

SO ORDERED
December 22, 2021

_____
Jeffery A. Deller    jah
United States Bankruptcy Judge

Stipulated by:                                Stipulated by:

/s/ Kenneth P. Seitz, Esquire                 /s/ Owen W. Katz, Esquire
Counsel to Debtor                             Counsel to Chapter 13 Trustee

                                              FILED
                                              12/22/21 3:19 pm
Stipulated by:                                CLERK
                                              U.S. BANKRUPTCY
                                              COURT - WDPA
_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70245-JAD |
| Brian K. Grumbling | Chapter 13 |
| Patricia Grumbling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 3 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Grumbling, Patricia Grumbling, 300 11th Street, Windber, PA 15963-1559 |
| cr | + | APEX BANK, ATTN: Kristy Jones, 430 Montbrook Ln, Ste. 207, Knoxville, TN 37919-2719 |
| cr | + | Apex Bank f/k/a Bank of Camden, 430 Montbrook Lane, Suite 208, Knoxville, TN 37919-2723 |
| 14804375 | + | Apex Bank f/k/a Bank of Camden, 435 Montbrook Lane, Knoxville, TN 37919-2704 |
| 14804377 | + | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581-5171 |
| 14804378 | | Bob Burnworth, Windber, PA 15963 |
| 14820199 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 14804379 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 14861631 | + | Chan Soon-Shiong Medical Ctr @ Windber, 600 Somerset Ave., Windber, PA 15963-1331 |
| 14804390 | + | Encore Payment Systems, 3801 Arapaho Road, Addison, TX 75001-4314 |
| 14804393 | + | First Data, 1 Western Maryland Parkway, Hagerstown, MD 21740-5146 |
| 14804395 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 14804396 | + | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 14866202 | + | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14804398 | + | Holiday Financial Serv, 1451 Scalp Ave Ste 1, Johnstown, PA 15904-3334 |
| 14804400 | + | James R. Moore, D.D.S, J. Craig Moore, D.M.D., P.C., 111 Industrial Park Road, Johnstown, PA 15904-1940 |
| 14804403 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14804404 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, P.O. Box 7, Bloomsburg, PA 17815 |
| 14804405 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 14818614 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14804406 | + | Windber Area Authority, 1700 Stockholm Avenue, Windber, PA 15963-2061 |
| 14804407 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14804374 | + | Email/Text: backoffice@affirm.com | Dec 22 2021 23:22:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14804376 | + | Email/Text: bnc-applied@quantum3group.com | Dec 22 2021 23:22:00 | Applied Bank, P.O. Box 17120, Wilmington, DE 19886-7120 |
| 14804380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2021 23:31:38 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14804381 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2021 23:31:35 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14804382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-70245-JAD    Doc 81    Filed 12/24/21    Entered 12/25/21 00:29:20    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 45 |

|  |  |  | Dec 22 2021 23:31:36 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
|---|---|---|---|---|
| 14804383 | + | Email/Text: documentfiling@lciinc.com | Dec 22 2021 23:22:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 14804384 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 23:22:00 | Comenity Bank/kingsi, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14804385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2021 23:22:00 | Comenity Bank/womnwt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14804386 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2021 23:22:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14804387 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2021 23:22:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14804388 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2021 23:22:00 | Dr. Leonard's Shop Now Pay Plan, P.O. Box 2852, Monroe, WI 53566-8052 |
| 14804391 | + | Email/Text: bknotice@ercbpo.com | Dec 22 2021 23:22:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14804397 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 22 2021 23:22:00 | Gettington Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14804399 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2021 23:22:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14804392 |  | Email/Text: bnc-bluestem@quantum3group.com | Dec 22 2021 23:22:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14804401 | + | Email/Text: pschmadel@soundimaginggroup.com | Dec 23 2021 11:23:00 | Lowry Radiology Associates, Inc., 1113 Lowry Avenue, Suite 2, Jeannette, PA 15644-3072 |
| 14862845 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 23:31:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14804402 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 23:31:32 | Merrick Bank, P.O. Box 5721, Hicksville, NY 11802 |
| 14833862 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2021 23:31:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14804865 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2021 23:31:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805576 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14859119 |  | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2021 23:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14804405 |  | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2021 23:22:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 14857904 |  | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2021 23:31:32 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PA Dept of Revenue |
| cr |  | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861008 | *+ | Cambria Thrift Consumer Discount Company, 112 Market Street, Johnstown, PA 15901-1609 |

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 3 of 3 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | |
|---|---|---|
| 14818616 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14804389 | ##+ | Eastern Revenue, P.O. Box 185, Southeastern, PA 19399-0185 |
| 14804394 | ##+ | First Data, 5565 Glenridge Connector Ne, Ste 2000, Atlanta, GA 30342-4799 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021             Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Brian Nicholas
                            on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

CSU - OUCTS, PA Labor & Industry
                            ra-li-ucts-bankpitts@state.pa.us

Joseph Jasper Swartz
                            on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

Kenneth P. Seitz
                            on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com

Kenneth P. Seitz
                            on behalf of Joint Debtor Patricia Grumbling thedebterasers@aol.com

Kristen Wetzel Ladd
                            on behalf of Creditor Apex Bank f/k/a Bank of Camden kladd@utbf.com  nanderson@utbf.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

TOTAL: 8