## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70245-JAD |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | Chapter 13 |
|         Debtors | : | |
| | : | Docket No. 83 |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | |
|         Movants | : | |
|   vs. | : | |
| | : | |
| Affirm, Inc., | : | |
| Apex Bank f/k/a Bank of Camden, | : | |
| Applied Bank, | : | |
| Associated Credit Services, Inc., | : | |
| Cambria Thrift Consumer Discount, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Comcast, | : | |
| Comenity Bank/Kingsi, | : | |
| Comenity Bank/Womwt, | : | |
| Credit Management Company, | : | |
| Dr. Leonard's Shop Now Pay Plan, | : | |
| Eastern Revenue, | : | |
| Encore Payment Systems, | : | |
| Enhanced Recovery Co., LLC, | : | |
| Fingerhut, | : | |
| First Data, | : | |
| First National Credit Card/Legacy, | : | |
| First Savings Credit Card, | : | |
| Gettington Customer Service, | : | |
| Holiday Financial Service, | : | |
| Internal Revenue Service, | : | |
| James R. Moore, D.D.S., | : | |
| Lowry Radiology Associates, Inc., | : | |
| Merrick Bank, | : | |
| Penelec, | : | |
| PA Department of Revenue, | : | |
| Remit Corporation, | : | |
| Toyota Motor Credit, | : | |
| Windber Area Authority, | : | |
| Windber Medical Center, | : | |
|         Respondents | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Additional Respondent | : | |

1

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING THE MOTION TO OBTAIN AUTO FINANCING**

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 7, 2022, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on Wednesday, April 27, 2022, at 11:00 AM. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: March 21, 2022                    Attorney for Movants:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470