## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70245-JAD |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | |
| **Movants** | : | |
| vs. | : | |
| | : | |
| **Affirm, Inc.,** | : | |
| **Apex Bank f/k/a Bank of Camden,** | : | |
| **Applied Bank,** | : | |
| **Associated Credit Services, Inc.,** | : | |
| **Cambria Thrift Consumer Discount,** | : | |
| **Capital One Bank, N.A.,** | : | |
| **Citi Cards,** | : | |
| **Comcast,** | : | |
| **Comenity Bank/Kingsi,** | : | |
| **Comenity Bank/Womwt,** | : | |
| **Credit Management Company,** | : | |
| **Dr. Leonard's Shop Now Pay Plan,** | : | |
| **Eastern Revenue,** | : | |
| **Encore Payment Systems,** | : | |
| **Enhanced Recovery Co., LLC,** | : | |
| **Fingerhut,** | : | |
| **First Data,** | : | |
| **First National Credit Card/Legacy,** | : | |
| **First Savings Credit Card,** | : | |
| **Gettington Customer Service,** | : | |
| **Holiday Financial Service,** | : | |
| **Internal Revenue Service,** | : | |
| **James R. Moore, D.D.S.,** | : | |
| **Lowry Radiology Associates, Inc.,** | : | |
| **Merrick Bank,** | : | |
| **Penelec,** | : | |
| **PA Department of Revenue,** | : | |
| **Remit Corporation,** | : | |
| **Toyota Motor Credit,** | : | |
| **Windber Area Authority,** | : | |
| **Windber Medical Center,** | : | |
| **Respondents** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

# CERTIFICATE OF SERVICE OF
# ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

I, Jessica L. Tighe, Legal Assistant for Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 2nd day of May, 2022, a true and exact copy of the Order Approving Postpetition Automobile Financing dated April 28, 2022, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Respectfully submitted,

Executed on: May 2, 2022

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          CSU - OUCTS, PA Labor & Industry        PRA Receivables Management, LLC
0315-7                                   PA Department of Labor and Industry     PO Box 41021
Case 18-70245-JAD                        Office of Unemployment Compensation     Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         651 Boas Street, Room 702
Johnstown                                Harrisburg, PA 17121-0751
Thu Apr 19 14:50:38 EDT 2018

7                                        Affirm Inc                              Apex Bank f/k/a Bank of Camden
U.S. Bankruptcy Court                    Affirm Incorporated                     435 Montbrook Lane
5414 U.S. Steel Tower                    Po Box 720                              Knoxville, TN 37919-2704
600 Grant Street                         San Francisco, CA 94104-0720
Pittsburgh, PA 15219-2703

Applied Bank                             Associated Credit Services, Inc.        Bob Burnworth
P.O. Box 17120                           P.O. Box 5171                           Windber, PA 15963
Wilmington, DE 19886-7120                Westborough, MA 01581-5171


Cambria Thrift Consumer Discount Co.     Cap1/dbarn                              Capital One Bank, N.A.
112 Market Street                        Capital One Retail Srvs/Attn: Bankruptcy P.O. Box 71083
Johnstown, PA 15901-1609                 Po Box 30258                            Charlotte, NC 28272-1083
                                         Salt Lake City, UT 84130-0258


Citi Cards                               Comcast                                 Comenity Bank/kingsi
P.O. Box 6500                            P.O. Box 3002                           Attn: Bankruptcy
Sioux Falls, SD 57117-6500               Southeastern, PA 19398-3002             Po Box 182273
                                                                                 Columbus, OH 43218-2273

Comenity Bank/womnwt                     Commonwealth of Pennsylvania            Credit Management Company
Attn: Bankruptcy Dept                    Department of Revenue                   Attn: Bankruptcy
Po Box 182125                            Strawberry Square                       2121 Noblestown Rd
Columbus, OH 43218-2125                  Fourth & Walnut Streets                 Pittsburgh, PA 15205-3956
                                         Harrisburg, PA 17128-0001

Dr. Leonard's Shop Now Pay Plan          Eastern Revenue                         Encore Payment Systems
P.O. Box 2852                            P.O. Box 185                            3801 Arapaho Road
Monroe, WI 53566-8052                    Southeastern, PA 19399-0185             Addison, TX 75001-4314


Enhanced Recovery Co., LLC               Fingerhut                               First Data
8014 Bayberry Road                       P.O. Box 1250                           1 Western Maryland Parkway
Jacksonville, FL 32256-7412              Saint Cloud, MN 56395-1250              Hagerstown, MD 21740-5146


First Data                               First National Credit Card/Legacy       First Savings Credit Card
5565 Glenridge Connector Ne              First National Credit Card              Po Box 5019
Ste 2000                                 Po Box 5097                             Sioux Falls, SD 57117-5019
Atlanta, GA 30342-4799                   Sioux Falls, SD 57117-5097


Gettington Customer Service              Holiday Financial Serv                  Internal Revenue Service
6250 Ridgewood Road                      1451 Scalp Ave Ste 1                    Centralized Insolvency Operation
Saint Cloud, MN 56303-0820               Johnstown, PA 15904-3334                P.O. Box 7346
                                                                                 Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| James R. Moore, D.D.S<br>J. Craig Moore, D.M.D., P.C.<br>111 Industrial Park Road<br>Johnstown, PA 15904-1940 | Lowry Radiology Associates, Inc.<br>1113 Lowry Avenue, Suite 2<br>Jeannette, PA 15644-3072 | Merrick Bank<br>P.O. Box 5721<br>Hicksville, NY 11802 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |
| (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Windber Area Authority<br>1700 Stockholm Avenue<br>Windber, PA 15963-2061 |
| Windber Medical Center<br>ATTN: Cashier<br>600 Somerset Avenue<br>Windber, PA 15963-1397 | Brian K. Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Patricia Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815 | Toyota Motor Credit<br>4 Gatehall Drive<br>Suite 350<br>Parsippany, NJ 07054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44