**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/08/2023

IN RE:

BRIAN K. GRUMBLING
PATRICIA GRUMBLING
300 11TH STREET
WINDBER, PA  15963
XXX-XX-3680          Debtor(s)

XXX-XX-7039

Case No. 18-70245 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/8/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5375 |
| **OFFICE OF UC BENEFITS POLICY\*\***<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA 17121 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **APEX BANK**<br>435 MONTBROOK LN<br>KNOXVILLE, TN 37919 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 0.00<br>COMMENT: 756/PL\*DKT4PMT-LMT\*BGN 5/18\*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0700 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490\*\*<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,966.70<br>COMMENT: CEASE PMTS/OE-STIP\*6351@6%/PL\*910/CL-PL\*CL=6350.36 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2130 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490\*\*<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 291.71<br>COMMENT: PMTS PROPER/CONF\*910 CL/PL\*0001/SCH\*SURR/PL\*CL=2463.87 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9997 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,972.26<br>COMMENT: 3680/9036/86361962\*3973@0%/PL\*13-15 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3680 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,017.48<br>COMMENT: 3018@0%/PL\*13,14 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9036 |
| **AFFIRM FINANCING LOAN++**<br>PO BOX 720<br>SAN FRANCISCO, CA 94104 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: U2EH |
| **AFFIRM FINANCING LOAN++**<br>PO BOX 720<br>SAN FRANCISCO, CA 94104 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: UJP5 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AFFIRM FINANCING LOAN++**<br>PO BOX 720<br><br>SAN FRANCISCO, CA 94104 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: Z7BX |
| **AFFIRM FINANCING LOAN++**<br>PO BOX 720<br><br>SAN FRANCISCO, CA 94104 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6ERE |
| **APPLIED BANK***<br>PO BOX 70165<br><br>PHILADELPHIA, PA 19176-0165 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0439 |
| **ASSOCIATED CREDIT SERVICES INC++**<br>POB 5171<br><br>WESTBOROUGH, MA 01581 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENELEC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4379 |
| **CAMBRIA THRIFT CDC**<br>112 MARKET ST<br><br>JOHNSTOWN, PA 15901 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 428.28<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9535 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DBARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4862 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 762.41<br>COMMENT: 7424/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4769 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 638.05<br>COMMENT: 4967/SCH*CAP ONE/HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9207 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 624.03<br>COMMENT: 4494/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1164 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 308.31<br>COMMENT: 7146/SCH*CAP ONE/HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0913 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **CITIBANK NA**<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0072 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 291.34<br>COMMENT: BRYLANE HOME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3399 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 230.86<br>COMMENT: WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1184 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMSUGH MMRL MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0614 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH P/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0575 |
| **DR LEONARDS SHOP NOW**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2A4A |
| **EASTERN REVENUE INCOPORATED++**<br>998 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7916 |
| **EASTERN REVENUE INCOPORATED++**<br>998 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WINDBER MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4103 |
| **EASTERN REVENUE INCOPORATED++**<br>998 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~WINDBER MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4668 |
| **ENCORE PAYMENT SYSTEMS**<br>3801 ARAPAHO RD<br>ADDISON, TX 75001 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: ALSO LISTED ON SCH G | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 503G |

| Creditor | Address | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|---|
| ENHANCED RECOVERY COMPANY | 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 | 31 | 0.00% | | 0.00 | COMCAST/SCH | UNSECURED CREDITOR | 4450 |
| FINGERHUT | 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303 | 32 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 1448 |
| FINGERHUT | 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303 | 33 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 1872 |
| FIRST DATA++ | 1307 WALT WHITMAN RD, MELVILLE, NY 11747 | 34 | 0.00% | | 0.00 | NT ADR~ALSO LISTED/SCH G | UNSECURED CREDITOR | 0000 |
| FIRST DATA++ | 1307 WALT WHITMAN RD, MELVILLE, NY 11747 | 35 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0000 |
| FIRST NATIONAL CREDIT CARD | POB 5097, SIOUX FALLS, SD 57117-5097 | 36 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 3838 |
| FIRST SAVINGS CREDIT CARD | PO BOX 5019, SIOUX FALLS, SD 57117 | 37 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 8945 |
| GETTINGTON (ISSUED BY WEBBANK) | 6250 RIDGEWOOD RD, ST CLOUD, MN 56303 | 38 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 8766 |
| HOLIDAY FINANCIAL SERVICES | 1451 SCALP AVE STE 1, JOHNSTOWN, PA 15904 | 39 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 8701 |
| JAMES MOORE, D.D.S. | 111 INDUSTRIAL PARK ROAD, JOHNSTOWN, PA 15904 | 40 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 8100 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LOWRY RADIOLOGY++**<br>1111 LOWRY AVE<br>JEANNETTE, PA 15644 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1201 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,230.28<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2422 |
| **PENELEC/FIRST ENERGY**<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 5,144.70<br>COMMENT: 3750/1794/0400*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3750 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDBER MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8868 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDBER MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5806 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDBER MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8643 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WINDBER MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3334 |
| **WINDBER AREA WATER AUTHORITY**<br>1700 STOCKHOLM AVE<br>WINDBER, PA 15963 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2024 |
| **WINDBER MEDICAL CNTR**<br>600 SOMERSET AVE<br>WINDBER, PA 15963 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 697H |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA 19398 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE** <br>NEED VERIFICATION | Trustee Claim Number: 51  INT %: 0.00% <br>Court Claim Number: | CRED DESC: NOTICE ONLY <br>ACCOUNT NO.: | CLAIM: 0.00 <br>COMMENT: ND ADR~BOB BURNWORTH/SCH G |
| **INTERNAL REVENUE SERVICE*** <br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br>PO BOX 7317 <br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 52  INT %: 0.00% <br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 9036 | CLAIM: 784.78 <br>COMMENT: CL2GOVS*NO GEN UNS/SCH |
| **PA DEPARTMENT OF REVENUE*** <br>BUR OF COMPL SECT-DEPT 280946 <br>STRAWBERRY SQ <br>HARRISBURG, PA 17128 | Trustee Claim Number: 53  INT %: 0.00% <br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 3680 | CLAIM: 2,110.45 <br>COMMENT: 3680/9036/86361962889446033*CL1GOVS*NO GEN UNS/SCH |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA UC** <br>OFFICE OF UC TAX SERVICES-COLLECTION SUP <br>651 BOAS ST - RM 924 <br>HARRISBURG, PA 17121 | Trustee Claim Number: 54  INT %: 0.00% <br>Court Claim Number: 5 | CRED DESC: PRIORITY CREDITOR <br>ACCOUNT NO.: 4652 | CLAIM: 1,339.09 <br>COMMENT: 7394652*1340@0%/PL*NT/SCH |
| **APEX BANK** <br>435 MONTBROOK LN <br>KNOXVILLE, TN 37919 | Trustee Claim Number: 55  INT %: 0.00% <br>Court Claim Number: 11-2 | CRED DESC: MORTGAGE ARR. <br>ACCOUNT NO.: 0700 | CLAIM: 1,830.13 <br>COMMENT: 1831/PL*THRU 4/18*AMD |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** <br>PO BOX 248838 <br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 56  INT %: 0.00% <br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 0001 | CLAIM: 294.76 <br>COMMENT: NT/SCH*ACCT OPEN 10/15/15 |
| **CHAN SOON SHIONG MEDICAL CENTER @WIND** <br>600 SOMERSET AVE <br>WINDBER, PA 15963 | Trustee Claim Number: 57  INT %: 0.00% <br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR <br>ACCOUNT NO.: 3680 | CLAIM: 2,008.42 <br>COMMENT: 3680/7039*APPEARS NT/SCH*WINDBER MED? |
| **BRIDGECREST ACCEPTANCE CORP** <br>PO BOX 2997 <br>PHOENIX, AZ 85062 | Trustee Claim Number: 58  INT %: 0.00% <br>Court Claim Number: | CRED DESC: Post Petition Claim (1305) <br>ACCOUNT NO.: 6901 | CLAIM: 0.00 <br>COMMENT: 163005146901*PMT/STIP OE*310.99x(34 PMTS REM+2)=LMT*BGN 7/22*DK |