# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA (JOHNSTOWN)

| | |
|---|---|
| IN RE: (Debtor(s) name(s)) | CHAPTER 13 |
| Brian Grumbling | CASE NO: 18-70245-JAD |
| Patricia Grumbling | |

## NOTICE OF CHANGE OF ADDRESS OF APEX BANK

1. This change of address is requested by the Creditor
2. **Old Address:**

   Apex Bank

   430 Montbrook Ln., Ste. 207-208

   Knoxville, TN 37919

3. **New Address:**

   9721 Sherrill Blvd., Ste. 200

   Knoxville, Tennessee 37932

Date: 05/31/2023                             _____Kristy Jones_____

                                             Requestor's printed name(s)


                                             _____[signature]_____

                                             Requestor's signature(s)


                                             _____865-500-5572_____

                                             Requestor's phone number

**RECEIVED**

JUN - 6 2023

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

# United States Bankruptcy Court
## Western District of Pennsylvania (Johnstown)

| | |
|---|---|
| In the Matter of:<br>Brian K. Grumbling<br>Patricia Grumbling | Case #18-70245-JAD<br>Chapter 13 |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Address Change was furnished by Apex Bank by U.S. Mail, on 31st day of May 2023, to:

Brian and Patricia Grumbling
300 11th Street
Windber, PA 15963

Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658

Office of the Chapter 13 Trustee
Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

5/31/23

Kristy Jones
Legal Specialist

Apex Bank
9721 Sherrill Blvd, Suite #200
Knoxville, TN 37932
865-500-5572
Kristy.jones@apexbank.com

RECEIVED
JUN - 6 2023
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA