## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    BRIAN K. GRUMBLING
    PATRICIA GRUMBLING
        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:18-70245 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the ″Final Report″).  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/03/2018  and confirmed on 5/24/18 .  The case was subsequently    Completed
After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,031.00 |
| Less Refunds to Debtor | 1,645.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,385.72 |

Administrative Fees

| | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,700.00 | |
| Trustee Fee | 5,445.79 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,145.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| APEX BANK | 0.00 | 67,339.45 | 0.00 | 67,339.45 |
| Acct: 0700 | | | | |
| APEX BANK | 1,830.13 | 1,830.13 | 0.00 | 1,830.13 |
| Acct: 0700 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 4,966.70 | 4,966.70 | 1,111.46 | 6,078.16 |
| Acct: 2130 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 291.71 | 291.71 | 176.01 | 467.72 |
| Acct: 9997 | | | | |
| | | | | 75,715.46 |
| Priority | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN K. GRUMBLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN K. GRUMBLING | 1,645.28 | 1,645.28 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 3,972.26 | 3,972.26 | 0.00 | 3,972.26 |
| Acct: 3680 | | | | |
| INTERNAL REVENUE SERVICE* | 3,017.48 | 3,017.48 | 0.00 | 3,017.48 |
| Acct: 9036 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 1,339.09 | 1,339.09 | 0.00 | 1,339.09 |
| Acct: 4652 | | | | |
| BRIDGECREST ACCEPTANCE CORP | 0.00 | 11,195.64 | 0.00 | 11,195.64 |
| Acct: 6901 | | | | |
| | | | | 19,524.47 |
| Unsecured | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: U2EH | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |

18-70245 JAD                                                                                Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: UJP5 | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: Z7BX | | | | |
| AFFIRM FINANCING LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6ERE | | | | |
| APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0439 | | | | |
| ASSOCIATED CREDIT SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4379 | | | | |
| CAMBRIA THRIFT CDC++ | 428.28 | 0.00 | 0.00 | 0.00 |
| Acct: 9535 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4862 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 762.41 | 0.00 | 0.00 | 0.00 |
| Acct: 4769 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 638.05 | 0.00 | 0.00 | 0.00 |
| Acct: 9207 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 624.03 | 0.00 | 0.00 | 0.00 |
| Acct: 1164 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 308.31 | 0.00 | 0.00 | 0.00 |
| Acct: 0913 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0072 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 291.34 | 0.00 | 0.00 | 0.00 |
| Acct: 3399 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 230.86 | 0.00 | 0.00 | 0.00 |
| Acct: 1184 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0614 | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0575 | | | | |
| DR LEONARDS SHOP NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2A4A | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7916 | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4103 | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4668 | | | | |
| ENCORE PAYMENT SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 503G | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4450 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1448 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1872 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3838 | | | | |
| FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8945 | | | | |
| GETTINGTON (ISSUED BY WEBBANK) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8766 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8701 | | | | |
| JAMES MOORE, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |

18-70245 JAD                                                                                    Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8100 | | | | |
| LOWRY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1201 | | | | |
| MERRICK BANK | 1,230.28 | 0.00 | 0.00 | 0.00 |
| Acct: 2422 | | | | |
| PENELEC/FIRST ENERGY** | 5,144.70 | 0.00 | 0.00 | 0.00 |
| Acct: 3750 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8868 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5806 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8643 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3334 | | | | |
| WINDBER AREA WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2024 | | | | |
| WINDBER MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 697H | | | | |
| INTERNAL REVENUE SERVICE* | 784.78 | 0.00 | 0.00 | 0.00 |
| Acct: 9036 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,110.45 | 0.00 | 0.00 | 0.00 |
| Acct: 3680 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LI | 294.76 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CHAN SOON SHIONG MEDICAL CENTER | 2,008.42 | 0.00 | 0.00 | 0.00 |
| Acct: 3680 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5375 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                95,239.93

TOTAL CLAIMED
PRIORITY          8,328.83
SECURED           7,088.54
UNSECURED        14,856.67

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRIAN K. GRUMBLING
    PATRICIA GRUMBLING
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-70245 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 18-70245-JAD

Brian K. Grumbling                                                              Chapter 13

Patricia Grumbling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                              Page 1 of 3

Date Rcvd: Jun 26, 2025                      Form ID: pdf900                      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Grumbling, Patricia Grumbling, 300 11th Street, Windber, PA 15963-1559 |
| cr | + | Apex Bank f/k/a Bank of Camden, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804375 | + | Apex Bank f/k/a Bank of Camden, 435 Montbrook Lane, Knoxville, TN 37919-2704 |
| 14804377 | | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581 |
| 14804378 | | Bob Burnworth, Windber, PA 15963 |
| 14820199 | + | COMMONWEALTH of PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 14804379 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 14861631 | + | Chan Soon-Shiong Medical Ctr @ Windber, 600 Somerset Ave., Windber, PA 15963-1331 |
| 14804389 | + | Eastern Revenue, P.O. Box 185, Southeastern, PA 19399-0185 |
| 14804390 | + | Encore Payment Systems, 3801 Arapaho Road, Addison, TX 75001-4314 |
| 14804391 | + | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14804393 | + | First Data, 1 Western Maryland Parkway, Hagerstown, MD 21740-5146 |
| 14804394 | + | First Data, 5565 Glenridge Connector Ne, Ste 2000, Atlanta, GA 30342-4799 |
| 14804400 | + | James R. Moore, D.D.S, J. Craig Moore, D.M.D., P.C., 111 Industrial Park Road, Johnstown, PA 15904-1940 |
| 14804401 | + | Lowry Radiology Associates, Inc., 1113 Lowry Avenue, Suite 2, Jeannette, PA 15644-3072 |
| 14804404 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, P.O. Box 7, Bloomsburg, PA 17815 |
| 14804406 | + | Windber Area Authority, 1700 Stockholm Avenue, Windber, PA 15963-2061 |
| 14804407 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: legal@apexbank.com | Jun 27 2025 00:26:00 | APEX BANK, ATTN: Kristy Jones, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804374 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2025 00:43:50 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14804376 | + | Email/Text: bnc-applied@quantum3group.com | Jun 27 2025 00:25:00 | Applied Bank, P.O. Box 17120, Wilmington, DE 19886-7120 |
| 15486876 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 27 2025 00:25:00 | Bridgecrest Acceptance Corporation, P.O. Box 842695, Los Angeles, CA 90084-2695 |
| 14804380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:39:11 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14804381 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14804382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 47

| | | Jun 27 2025 00:43:41 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
|---|---|---|---|
| 14804383 | + Email/Text: documentfiling@lciinc.com | Jun 27 2025 00:22:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 14804384 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Bank/kingsi, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14804385 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Bank/wommnt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14804386 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 00:24:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14804387 | + Email/Text: bdsupport@creditmanagementcompany.com | Jun 27 2025 00:25:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14804388 | + Email/Text: bankruptcy@sccompanies.com | Jun 27 2025 00:26:00 | Dr. Leonard's Shop Now Pay Plan, P.O. Box 2852, Monroe, WI 53566-8052 |
| 14804395 | Email/Text: BNSFN@capitalsvcs.com | Jun 27 2025 00:22:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 14804396 | Email/Text: BNSFS@capitalsvcs.com | Jun 27 2025 00:22:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14866202 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2025 00:23:00 | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14804397 | + Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2025 00:26:00 | Gettington Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14804399 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14804392 | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2025 00:26:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14862845 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2025 00:43:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14804402 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2025 00:43:15 | Merrick Bank, P.O. Box 5721, Hicksville, NY 11802 |
| 14833862 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14804865 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804403 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2025 00:23:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14805576 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14859119 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14804405 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 27 2025 00:23:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054-4522 |
| 14818614 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 27 2025 00:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14857904 | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2025 00:43:54 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

# BYPASSED RECIPIENTS

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 47

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PA Dept of Revenue |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861008 | *+ | Cambria Thrift Consumer Discount Company, 112 Market Street, Johnstown, PA 15901-1609 |
| 14818616 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14804398 | ##+ | Holiday Financial Serv, 1451 Scalp Ave Ste 1, Johnstown, PA 15904-3334 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Kenneth P. Seitz | on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Patricia Grumbling thedebterasers@aol.com |
| Kristen Wetzel Ladd | on behalf of Creditor Apex Bank f/k/a Bank of Camden kladd@utbf.com  ddays@utbf.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8