# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Brian K. Grumbling and | : | Case No. 18-70245-JAD |
| Patricia Grumbling, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 112 |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| Affirm, Inc., | : | |
| Apex Bank f/k/a Bank of Camden, | : | |
| Applied Bank, | : | |
| Associated Credit Services, Inc., | : | |
| Bridgecrest Acceptance Corp., | : | |
| Cambria Thrift Consumer Discount, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Comcast, | : | |
| Comenity Bank/Kingsi, | : | |
| Comenity Bank/Womwt, | : | |
| Credit Management Company, | : | |
| Dr. Leonard's Shop Now Pay Plan, | : | |
| Eastern Revenue, | : | |
| Encore Payment Systems, | : | |
| Enhanced Recovery Co., LLC, | : | |
| Fingerhut, | : | |
| First Data, | : | |
| First National Credit Card/Legacy, | : | |
| First Savings Credit Card, | : | |
| Gettington Customer Service, | : | |
| Holiday Financial Service, | : | |
| Internal Revenue Service, | : | |
| James R. Moore, D.D.S., | : | |
| Lowry Radiology Associates, Inc., | : | |
| Merrick Bank, | : | |
| Penelec, | : | |
| PA Department of Revenue, | : | |
| Remit Corporation, | : | |
| Toyota Motor Credit, | : | |
| Windber Area Authority, | : | |
| Windber Medical Center, | : | |
| Respondents | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

1

**NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF BRIAN K. GRUMBLING AND PATRICIA GRUMBLING FOR MOTION TO EXCUSE HUSBAND-DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than August 4, 2025, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on Tuesday, August 19, 2025, at 10:00 a.m. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date and time stated above.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

      Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of service: <u>July 16, 2025</u> | Attorney for Movants: |
| | <u>/s/ Kenneth P. Seitz, Esquire</u><br>Kenneth P. Seitz, Esquire<br>PA I.D. # 81666<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>(814) 536-7470 |