**Fill in this information to identify the case:**

Debtor 1: Brian K. Grumbling

Debtor 2 (Spouse, if filing): Patricia Grumbling

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 18-70245-JAD

FILED
2025 JUL 21 A 9:07
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Form 4100R

# Response to Notice of Final Cure Payment             10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Apex Bank

Court claim no. (if known): 11-2

Last 4 digits of any number you use to identify the debtor's account: 0 7 0 0

Property address: 300 11th Street
Number    Street

Windber    PA    15963
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                       (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ _____

c. **Total.** Add lines a and b.                                                      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/___
MM / DD / YYYY

| Debtor 1 | Brian K. Grumbling | Case number (if known) | 18-70245-JAD |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Shawna R. Lonas          Date 07/11/2025
  Signature

Print: Shawna R. Lonas          Title: Legal Specialist
       First Name  Middle Name  Last Name

Company: APEX BANK

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 9721 Sherrill Blvd., Suite 200
         Number    Street

         Knoxville              TN       37932
         City                   State    ZIP Code

Contact phone (865) 248-6272          Email: Shawna.Lonas@ApexBank.com

United States Bankruptcy Court

Western District of Pennsylvania (Johnstown)

| | |
|---|---|
| In the Matter of: | Case #18-70245-JAD |
| Brian K. Grumbling | Chapter 13 |
| Patricia Grumbling | |

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Notice of Final Cure Payment** was furnished by Apex Bank by U.S. Mail, on 11th day of July, 2025, to:

Brian and Patricia Grumbling
300 11th Street
Windber, PA 15963

Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658

Office of the Chapter 13 Trustee
Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

United States Bankruptcy Court
Western District of Pennsylvania (Johnstown)
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

*Shawna R. Lonas*

Shawna R. Lonas
Legal Specialist
Apex Bank
9721 Sherrill Blvd, Suite 200
Knoxville, TN 37932
865-248-6272
Shawna.Lonas@apexbank.com