# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70245-JAD |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 115 |
| Brian K. Grumbling and | : | |
| Patricia Grumbling, | : | Hearing Date & Time: August 19, 2025 |
| Movants | : | 10:00 AM |
| vs. | : | |
| | : | |
| Affirm, Inc., | : | |
| Apex Bank f/k/a Bank of Camden, | : | |
| Applied Bank, | : | |
| Associated Credit Services, Inc., | : | |
| Bridgecrest Acceptance Corp., | : | |
| Cambria Thrift Consumer Discount, | : | |
| Capital One Bank, N.A., | : | |
| Citi Cards, | : | |
| Comcast, | : | |
| Comenity Bank/Kingsi, | : | |
| Comenity Bank/Womwt, | : | |
| Credit Management Company, | : | |
| Dr. Leonard's Shop Now Pay Plan, | : | |
| Eastern Revenue, | : | |
| Encore Payment Systems, | : | |
| Enhanced Recovery Co., LLC, | : | |
| Fingerhut, | : | |
| First Data, | : | |
| First National Credit Card/Legacy, | : | |
| First Savings Credit Card, | : | |
| Gettington Customer Service, | : | |
| Holiday Financial Service, | : | |
| Internal Revenue Service, | : | |
| James R. Moore, D.D.S., | : | |
| Lowry Radiology Associates, Inc., | : | |
| Merrick Bank, | : | |
| Penelec, | : | |
| PA Department of Revenue, | : | |
| Remit Corporation, | : | |
| Toyota Motor Credit, | : | |
| Windber Area Authority, | : | |
| Windber Medical Center, | : | |
| Respondents | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

1

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXCUSE HUSBAND-DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Excuse Husband-Debtor's Certification of Discharge Eligibility filed on July 16, 2025, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Excuse Husband-Debtor's Certification of Discharge Eligibility appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Excuse Husband-Debtor's Certification of Discharge Eligibility were to be filed and served no later than August 1, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Excuse Husband-Debtor's Certification of Discharge Eligibility be entered by the Court.

Dated: August 5, 2025         /s/ Kenneth P. Seitz, Esquire
                              Kenneth P. Seitz, Esquire
                              PA I.D. #81666
                              Law Offices of Kenny P. Seitz
                              P.O. Box 211
                              Ligonier, PA 15658
                              (814) 536-7470
                              Attorney for Debtors