# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 18-70245-JAD** |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | **Chapter 13** |
|       **Debtors** | : | |
| | : | |
| **Brian K. Grumbling and** | : | |
| **Patricia Grumbling,** | : | |
|       **Movants** | : | |
| vs. | : | |
| | : | |
| **Affirm, Inc.,** | : | |
| **Apex Bank f/k/a Bank of Camden,** | : | |
| **Applied Bank,** | : | |
| **Associated Credit Services, Inc.,** | : | |
| **Bridgecrest Acceptance Corp.,** | : | |
| **Cambria Thrift Consumer Discount,** | : | |
| **Capital One Bank, N.A.,** | : | |
| **Citi Cards,** | : | |
| **Comcast,** | : | |
| **Comenity Bank/Kingsi,** | : | |
| **Comenity Bank/Womwt,** | : | |
| **Credit Management Company,** | : | |
| **Dr. Leonard's Shop Now Pay Plan,** | : | |
| **Eastern Revenue,** | : | |
| **Encore Payment Systems,** | : | |
| **Enhanced Recovery Co., LLC,** | : | |
| **Fingerhut,** | : | |
| **First Data,** | : | |
| **First National Credit Card/Legacy,** | : | |
| **First Savings Credit Card,** | : | |
| **Gettington Customer Service,** | : | |
| **Holiday Financial Service,** | : | |
| **Internal Revenue Service,** | : | |
| **James R. Moore, D.D.S.,** | : | |
| **Lowry Radiology Associates, Inc.,** | : | |
| **Merrick Bank,** | : | |
| **Penelec,** | : | |
| **PA Department of Revenue,** | : | |
| **Remit Corporation,** | : | |
| **Toyota Motor Credit,** | : | |
| **Windber Area Authority,** | : | |
| **Windber Medical Center,** | : | |
|       **Respondents** | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
|       **Additional Respondent** | : | |

1

## **CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 18th day of August, 2025, a true and correct copy of the Order dated August 14, 2025, approving the Motion to Excuse Husband-Debtor's Certification of Discharge Eligibility, by First-Class Mail U.S. Postage paid on all parties on the Court's Mailing Matrix.

Respectfully submitted,

Executed on: August 18, 2025

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 18-70245-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Jun  2 13:10:47 EDT 2022 | APEX BANK<br>ATTN: Kristy Jones<br>430 Montbrook Ln, Ste. 207<br>Knoxville, TN 37919-2719 | Apex Bank f/k/a Bank of Camden<br>430 Montbrook Lane, Suite 208<br>Knoxville, TN 37919-2723 |
| CSU - OUCTS, PA Labor & Industry<br>PA Department of Labor and Industry<br>Office of Unemployment Compensation<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121-0751 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Affirm Inc<br>Affirm Incorporated<br>Po Box 720<br>San Francisco, CA 94104-0720 | Apex Bank f/k/a Bank of Camden<br>435 Montbrook Lane<br>Knoxville, TN 37919-2704 | Applied Bank<br>P.O. Box 17120<br>Wilmington, DE 19886-7120 |
| Associated Credit Services, Inc.<br>P.O. Box 5171<br>Westborough, MA 01581-5171 | Bob Burnworth<br>Windber, PA 15963 | Bridgecrest Acceptance Corporation<br>P.O. Box 842695<br>Los Angeles, CA 90084-2695 |
| COMMONWEALTH OF PA  UCTS<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 702<br>HARRISBURG, PA 17121-0751 | Cambria Thrift Consumer Discount Co.<br>112 Market Street<br>Johnstown, PA 15901-1609 | Cap1/dbarn<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Chan Soon-Shiong Medical Ctr @ Windber<br>600 Somerset Ave.<br>Windber, PA 15963-1331 | Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 | Comenity Bank/kingsi<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | Comenity Bank/womnwt<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>Strawberry Square<br>Fourth & Walnut Streets<br>Harrisburg, PA 17128-0001 | Credit Management Company<br>Attn: Bankruptcy<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Dr. Leonard's Shop Now Pay Plan<br>P.O. Box 2852<br>Monroe, WI 53566-8052 |
| Eastern Revenue<br>P.O. Box 185<br>Southeastern, PA 19399-0185 | Encore Payment Systems<br>3801 Arapaho Road<br>Addison, TX 75001-4314 | Enhanced Recovery Co., LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | First Data<br>1 Western Maryland Parkway<br>Hagerstown, MD 21740-5146 | First Data<br>5565 Glenridge Connector Ne<br>Ste 2000<br>Atlanta, GA 30342-4799 |

| | | |
|---|---|---|
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FirstEnergy/Penelec<br>101 Crawford's Corner Rd.<br>Bldg. #1 Suite 1-511<br>Holmdel, NJ 07733-1976 |
| Gettington Customer Service<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Holiday Financial Serv<br>1451 Scalp Ave Ste 1<br>Johnstown, PA 15904-3334 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James R. Moore, D.D.S<br>J. Craig Moore, D.M.D., P.C.<br>111 Industrial Park Road<br>Johnstown, PA 15904-1940 | Lowry Radiology Associates, Inc.<br>1113 Lowry Avenue, Suite 2<br>Jeannette, PA 15644-3072 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>P.O. Box 5721<br>Hicksville, NY 11802 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)REMIT CORPORATION<br>P O BOX 7<br>BLOOMSBURG PA 17815-0007 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Windber Area Authority<br>1700 Stockholm Avenue<br>Windber, PA 15963-2061 | Windber Medical Center<br>ATTN: Cashier<br>600 Somerset Avenue<br>Windber, PA 15963-1397 |
| Brian K. Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Patricia Grumbling<br>300 11th Street<br>Windber, PA 15963-1559 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fingerhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395 | First National Credit Card/Legacy<br>First National Credit Card<br>Po Box 5097<br>Sioux Falls, SD 51117 | First Savings Credit Card<br>Po Box 5019<br>Sioux Falls, SD 57117 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Remit Corporation<br>P.O. Box 7<br>Bloomsburg, PA 17815 | Toyota Motor Credit<br>4 Gatehall Drive<br>Suite 350<br>Parsippany, NJ 07054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PA Dept of Revenue | (u)Toyota Motor Credit Corporation | (d)Cambria Thrift Consumer Discount Company<br>112 Market Street<br>Johnstown, PA 15901-1609 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     4<br>Total                  58 | |