**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re:<br>BRIAN K. GRUMBLING<br>PATRICIA GRUMBLING<br>Debtor(s) | Case No. 18-70245JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/03/2018.

2) The plan was confirmed on 05/24/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/17/2018, 06/17/2019, 02/05/2021, 12/22/2021, 07/18/2022, 12/18/2024.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2019, 09/16/2019, 01/04/2021.

5) The case was completed on 04/25/2025.

6) Number of months from filing or conversion to last payment: 85.

7) Number of months case was pending: 89.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $63,836.00.

10) Amount of unsecured claims discharged without full payment: $35,840.67.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $106,031.00 |
| Less amount refunded to debtor | $1,645.28 |
| **NET RECEIPTS:** | **$104,385.72** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,445.79 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,145.79** |
| Attorney fees paid and disclosed by debtor: | $271.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM FINANCING LOAN++ | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM FINANCING LOAN++ | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM FINANCING LOAN++ | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM FINANCING LOAN++ | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| APEX BANK | Secured | 50,153.00 | 66,770.56 | 0.00 | 67,339.45 | 0.00 |
| APEX BANK | Secured | 0.00 | 1,830.13 | 1,830.13 | 1,830.13 | 0.00 |
| APPLIED BANK* | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDIT SERVICES INC+ | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| BRIDGECREST ACCEPTANCE CORP | Priority | NA | NA | NA | 11,195.64 | 0.00 |
| CAMBRIA THRIFT CDC++ | Unsecured | 1,050.00 | 428.28 | 428.28 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| CHAN SOON SHIONG MEDICAL CENT | Unsecured | NA | 2,008.42 | 2,008.42 | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS SHOP NOW | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| EASTERN REVENUE INCOPORATED+ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| EASTERN REVENUE INCOPORATED+ | Unsecured | 1,361.00 | NA | NA | 0.00 | 0.00 |
| EASTERN REVENUE INCOPORATED+ | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| ENCORE PAYMENT SYSTEMS++ | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY++ | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| FIRST DATA++ | Unsecured | 2,397.00 | NA | NA | 0.00 | 0.00 |
| FIRST DATA++ | Unsecured | 2,147.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 870.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| GETTINGTON (ISSUED BY WEBBANK | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY FINANCIAL SERVICES | Unsecured | 5,509.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 784.78 | 784.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 3,196.00 | 3,017.48 | 3,017.48 | 3,017.48 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JAMES MOORE, D.D.S. | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| LOWRY RADIOLOGY++ | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,873.00 | 1,230.28 | 1,230.28 | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDUS | Priority | NA | 1,339.09 | 1,339.09 | 1,339.09 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 2,110.45 | 2,110.45 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 857.00 | 3,972.26 | 3,972.26 | 3,972.26 | 0.00 |
| PENELEC/FIRST ENERGY** | Unsecured | 1,661.00 | 5,144.70 | 5,144.70 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 762.00 | 762.41 | 762.41 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 638.00 | 638.05 | 638.05 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 624.00 | 624.03 | 624.03 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 308.00 | 308.31 | 308.31 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 324.00 | 291.34 | 291.34 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 264.00 | 230.86 | 230.86 | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| REMIT CORP++ | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORPORAT | Secured | 3,744.00 | 6,350.36 | 4,966.70 | 4,966.70 | 1,111.46 |
| TOYOTA MOTOR CREDIT CORPORAT | Secured | 1,604.00 | 2,463.87 | 291.71 | 291.71 | 176.01 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 294.76 | 294.76 | 0.00 | 0.00 |
| WINDBER AREA WATER AUTHORITY | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| WINDBER MEDICAL CNTR | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $67,339.45 | $0.00 |
| Mortgage Arrearage | $1,830.13 | $1,830.13 | $0.00 |
| Debt Secured by Vehicle | $5,258.41 | $5,258.41 | $1,287.47 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,088.54** | **$74,427.99** | **$1,287.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,328.83 | $19,524.47 | $0.00 |
| **TOTAL PRIORITY:** | **$8,328.83** | **$19,524.47** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,856.67** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $9,145.79 |
| Disbursements to Creditors | $95,239.93 |
| **TOTAL DISBURSEMENTS** : | **$104,385.72** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2025          By: /s/ Ronda J. Winnecour
                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**