| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian K. Grumbling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3680<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia Grumbling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7039<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–70245–JAD | | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian K. Grumbling                    Patricia Grumbling
                                       aka Patty Grumbling, fdba Grumbling's Detailing Shop

8/20/25                                **By the court:** Jeffery A. Deller
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian K. Grumbling  
Patricia Grumbling  
    Debtors

Case No. 18-70245-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Aug 20, 2025      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Grumbling, Patricia Grumbling, 300 11th Street, Windber, PA 15963-1559 |
| cr | + | Apex Bank f/k/a Bank of Camden, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804375 | + | Apex Bank f/k/a Bank of Camden, 435 Montbrook Lane, Knoxville, TN 37919-2704 |
| 14804377 | | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581 |
| 14804378 | | Bob Burnworth, Windber, PA 15963 |
| 14820199 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 14804379 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 14861631 | + | Chan Soon-Shiong Medical Ctr @ Windber, 600 Somerset Ave., Windber, PA 15963-1331 |
| 14804389 | + | Eastern Revenue, P.O. Box 185, Southeastern, PA 19399-0185 |
| 14804390 | + | Encore Payment Systems, 3801 Arapaho Road, Addison, TX 75001-4314 |
| 14804391 | + | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14804393 | + | First Data, 1 Western Maryland Parkway, Hagerstown, MD 21740-5146 |
| 14804394 | + | First Data, 5565 Glenridge Connector Ne, Ste 2000, Atlanta, GA 30342-4799 |
| 14804400 | + | James R. Moore, D.D.S., J. Craig Moore, D.M.D., P.C., 111 Industrial Park Road, Johnstown, PA 15904-1940 |
| 14804401 | + | Lowry Radiology Associates, Inc., 1113 Lowry Avenue, Suite 2, Jeannette, PA 15644-3072 |
| 14804404 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, P.O. Box 7, Bloomsburg, PA 17815 |
| 14804406 | + | Windber Area Authority, 1700 Stockholm Avenue, Windber, PA 15963-2061 |
| 14804407 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 21 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: legal@apexbank.com | Aug 21 2025 00:08:00 | APEX BANK, ATTN: Kristy Jones, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804374 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2025 00:13:57 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14804376 | + | EDI: APPLIEDBANK.COM | Aug 21 2025 04:01:00 | Applied Bank, P.O. Box 17120, Wilmington, DE 19886-7120 |
| 15486876 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 21 2025 00:07:00 | Bridgecrest Acceptance Corporation, P.O. Box 842695, Los Angeles, CA 90084-2695 |
| 14804380 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT |

Case 18-70245-JAD   Doc 122   Filed 08/22/25   Entered 08/23/25 00:32:25   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 48 |

| Recipient # | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | 84130-0258 |
| 14804381 | + EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14804382 | + EDI: CITICORP | Aug 21 2025 04:01:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14804383 | + EDI: COMCASTCBLCENT | Aug 21 2025 04:01:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 14804384 | + EDI: WFNNB.COM | Aug 21 2025 04:01:00 | Comenity Bank/kingsi, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14804385 | + EDI: WFNNB.COM | Aug 21 2025 04:01:00 | Comenity Bank/womnwt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14804386 | + EDI: PENNDEPTREV | Aug 21 2025 04:01:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14804387 | + Email/Text: bdsupport@creditmanagementcompany.com | Aug 21 2025 00:07:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14804388 | + EDI: CBS7AVE | Aug 21 2025 04:01:00 | Dr. Leonard's Shop Now Pay Plan, P.O. Box 2852, Monroe, WI 53566-8052 |
| 14804395 | Email/Text: BNSFN@capitalsvcs.com | Aug 21 2025 00:07:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 14804396 | Email/Text: BNSFS@capitalsvcs.com | Aug 21 2025 00:07:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14866202 | + Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2025 00:07:00 | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14804397 | + EDI: BLUESTEM | Aug 21 2025 04:01:00 | Gettington Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14804399 | EDI: IRS.COM | Aug 21 2025 04:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14804392 | EDI: BLUESTEM | Aug 21 2025 04:01:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14862845 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:11:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14804402 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:12:43 | Merrick Bank, P.O. Box 5721, Hicksville, NY 11802 |
| 14833862 | EDI: PRA.COM | Aug 21 2025 04:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14804865 | + EDI: PRA.COM | Aug 21 2025 04:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804403 | + Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2025 00:07:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14805576 | EDI: PENNDEPTREV | Aug 21 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14859119 | EDI: Q3G.COM | Aug 21 2025 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14804405 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 21 2025 00:07:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054-4518 |
| 14818614 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 21 2025 00:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14857904 | EDI: AIS.COM | Aug 21 2025 04:01:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 48 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PA Dept of Revenue |
| cr | | Toyota Motor Credit Corporation |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861008 | *+ | Cambria Thrift Consumer Discount Company, 112 Market Street, Johnstown, PA 15901-1609 |
| 14818616 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14804398 | ##+ | Holiday Financial Serv, 1451 Scalp Ave Ste 1, Johnstown, PA 15904-3334 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Kenneth P. Seitz | on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Patricia Grumbling thedebterasers@aol.com |
| Kristen Wetzel Ladd | on behalf of Creditor Apex Bank f/k/a Bank of Camden kladd@utbf.com  ddays@utbf.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8