IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
  BRIAN K. GRUMBLING
  PATRICIA GRUMBLING
            Debtor(s)

Ronda J. Winnecour
            Movant
      vs.
No Repondents.

Case No.:18-70245 JAD

Chapter 13

Document No.: 106

FILED
8/20/25 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___20th___ day of ___August___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70245-JAD |
| Brian K. Grumbling | Chapter 13 |
| Patricia Grumbling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian K. Grumbling, Patricia Grumbling, 300 11th Street, Windber, PA 15963-1559 |
| cr | + | Apex Bank f/k/a Bank of Camden, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804375 | + | Apex Bank f/k/a Bank of Camden, 435 Montbrook Lane, Knoxville, TN 37919-2704 |
| 14804377 | | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581 |
| 14804378 | | Bob Burnworth, Windber, PA 15963 |
| 14820199 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 14804379 | + | Cambria Thrift Consumer Discount Co., 112 Market Street, Johnstown, PA 15901-1609 |
| 14861631 | + | Chan Soon-Shiong Medical Ctr @ Windber, 600 Somerset Ave., Windber, PA 15963-1331 |
| 14804389 | + | Eastern Revenue, P.O. Box 185, Southeastern, PA 19399-0185 |
| 14804390 | + | Encore Payment Systems, 3801 Arapaho Road, Addison, TX 75001-4314 |
| 14804391 | + | Enhanced Recovery Co., LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14804393 | + | First Data, 1 Western Maryland Parkway, Hagerstown, MD 21740-5146 |
| 14804394 | + | First Data, 5565 Glenridge Connector Ne, Ste 2000, Atlanta, GA 30342-4799 |
| 14804400 | + | James R. Moore, D.D.S., J. Craig Moore, D.M.D., P.C., 111 Industrial Park Road, Johnstown, PA 15904-1940 |
| 14804401 | + | Lowry Radiology Associates, Inc., 1113 Lowry Avenue, Suite 2, Jeannette, PA 15644-3072 |
| 14804404 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, P.O. Box 7, Bloomsburg, PA 17815 |
| 14804406 | + | Windber Area Authority, 1700 Stockholm Avenue, Windber, PA 15963-2061 |
| 14804407 | + | Windber Medical Center, ATTN: Cashier, 600 Somerset Avenue, Windber, PA 15963-1397 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: legal@apexbank.com | Aug 21 2025 00:08:00 | APEX BANK, ATTN: Kristy Jones, 9721 Sherrill Blvd. Ste. 200, Knoxville, TN 37932-3762 |
| 14804374 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2025 00:12:46 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14804376 | + | Email/Text: bnc-applied@quantum3group.com | Aug 21 2025 00:07:00 | Applied Bank, P.O. Box 17120, Wilmington, DE 19886-7120 |
| 15486876 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 21 2025 00:07:00 | Bridgecrest Acceptance Corporation, P.O. Box 842695, Los Angeles, CA 90084-2695 |
| 14804380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:13:43 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14804381 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:24:35 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14804382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-70245-JAD   Doc 123   Filed 08/22/25   Entered 08/23/25 00:32:25   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 21 2025 00:25:14 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14804383 | + | Email/Text: documentfiling@lciinc.com | Aug 21 2025 00:06:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 14804384 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2025 00:07:00 | Comenity Bank/kingsi, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 14804385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2025 00:07:00 | Comenity Bank/womnwt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14804386 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:07:00 | Commonwealth of Pennsylvania, Department of Revenue, Strawberry Square, Fourth & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14804387 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 21 2025 00:07:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14804388 | + | Email/Text: bankruptcy@sccompanies.com | Aug 21 2025 00:08:00 | Dr. Leonard's Shop Now Pay Plan, P.O. Box 2852, Monroe, WI 53566-8052 |
| 14804395 | | Email/Text: BNSFN@capitalsvcs.com | Aug 21 2025 00:07:00 | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 51117 |
| 14804396 | | Email/Text: BNSFS@capitalsvcs.com | Aug 21 2025 00:07:00 | First Savings Credit Card, Po Box 5019, Sioux Falls, SD 57117 |
| 14866202 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2025 00:07:00 | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14804397 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 21 2025 00:07:00 | Gettington Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14804399 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 00:07:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14804392 | | Email/Text: bnc-bluestem@quantum3group.com | Aug 21 2025 00:07:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395 |
| 14862845 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:13:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14804402 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:25:06 | Merrick Bank, P.O. Box 5721, Hicksville, NY 11802 |
| 14833862 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:14:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14804865 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:13:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804403 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 21 2025 00:07:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14805576 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14859119 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14804405 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 21 2025 00:07:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054-4518 |
| 14818614 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 21 2025 00:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14857904 | | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 00:14:09 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 29

## BYPASSED RECIPIENTS

Case 18-70245-JAD    Doc 123    Filed 08/22/25    Entered 08/23/25 00:32:25    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 47 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PA Dept of Revenue |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14861008 | *+ | Cambria Thrift Consumer Discount Company, 112 Market Street, Johnstown, PA 15901-1609 |
| 14818616 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14804398 | ##+ | Holiday Financial Serv, 1451 Scalp Ave Ste 1, Johnstown, PA 15904-3334 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Kenneth P. Seitz | on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Patricia Grumbling thedebterasers@aol.com |
| Kristen Wetzel Ladd | on behalf of Creditor Apex Bank f/k/a Bank of Camden kladd@utbf.com  ddays@utbf.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8